# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MS. A HOLDINGS, LLC and ANDY VAN VO,

                Plaintiffs,

vs.

PORSCHE CARS NORTH AMERICA, INC., a corporation; and DOES 1 through 10, inclusive,

                Defendants.

Case No: 5:26-cv-00329-SVK

**ORDER REGARDING DISMISSAL**

Judge: Hon. Susan Van Kuelen

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation at Dkt. 22 is **APPROVED**. The stipulation at Dkt. 20 is **TERMINATED as moot.** The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED** with prejudice.

      **IT IS SO ORDERED.**

DATE: _June 8, 2026_      By: _____

                          U.S. MAGISTRATE JUDGE

1